**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: APOSTOLOPOULOS, DAN § Case No. 09-74652
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/31/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                                   By:     /s/ STEPHEN G. BALSLEY
                                                                                        Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: APOSTOLOPOULOS, DAN § Case No. 09-74652
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,235.38 |
| *and approved disbursements of* | $ 485.28 |
| *leaving a balance on hand of* [1] | $ 6,750.10 |
| **Balance on hand:** | $ 6,750.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,750.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 715.90 | 0.00 | 715.90 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,410.06 | 0.00 | 3,410.06 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 524.65 | 0.00 | 524.65 |
| Charges, U.S. Bankruptcy Court | 760.00 | 0.00 | 760.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,410.61 |
| Remaining balance: | $ 1,339.49 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,339.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,339.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,625.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 0.00 | 0.00 | 0.00 |
| 1 -2 | Discover Bank | 231.60 | 0.00 | 4.73 |
| 2 | Attorney Ronald P Strojny, Sr | 1,200.00 | 0.00 | 24.49 |
| 3 | FIA CARD SERVICES, N.A. | 57,856.53 | 0.00 | 1,180.92 |
| 4 | American Express Bank, FSB | 540.85 | 0.00 | 11.04 |
| 5 | American Express Centurion Bank | 901.55 | 0.00 | 18.40 |
| 6 | WORLD'S FOREMOST BANK | 4,895.03 | 0.00 | 99.91 |

Total to be paid for timely general unsecured claims: $ 1,339.49
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                            Case No. 09-74652-TML
Dan Apostolopoulos                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: froman               Page 1 of 3               Date Rcvd: Jul 11, 2013
                          Form ID: pdf006         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2013.

```
db            #+Dan Apostolopoulos,    300 Spring Creek Road,    Barrington, IL 60010-9600
14619794      +Allegiancebk,    7905 W 171,    Tinley Park, IL 60477-3244
14619795      +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
19076442       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19076443       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14619796      +Americas Servicing Co,    Attention: Bankruptcy,    1 Home Campus,    Des Moines, IA 50328-0001
18763427      +Attorney Ronald P Strojny, Sr,    5839 W 35th Street,    Cicero, IL 60804-4255
14619798      +Bank Of America,    Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
14619799      +Chase,    800 Brooksedge Blv,    Westerville, OH 43081-2822
14619800      +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14619801      +Clerk, Chancery,    Doc # 09-CH-00648,    50 W Washington St., Room 802,    Chicago, IL 60602-1305
14619802      +Clerk, First Municipal Division,    Doc # 2007-M1-251709,    50 W Washington St., Room 1001,
                Chicago, IL 60602-1316
14619803      +Clerk, McHenry County Circuit,    ATTN: Docket # 09 CH 663,    2200 N. Seminary Avenue,
                Woodstock, IL 60098-2697
14619804       Codilis & Associates,    15 W 030 N Frontage Road,    Suite 100,    Burr Ridge, IL 60527
18895853       FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
14619807      +Kalaras Nagelo,    c/o Attorney Larry J Meyer,    205 W Randolph, #820,    Chicago, IL 60606-1814
14619808      +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14619809      +National City,    Attention: Bankruptcy Department,    6750 Miller Rd,
                Brecksville, OH 44141-3262
16877574      +Renee M Babcoke Esq,    425 N Miami Street,    Miller Beach, IN 46403-2075
14619810      +Sarkis Terzian,    590 S Vincent Ave,    Azusa, CA 91702-5130
16877575      +Sellas Construction Inc,    C/O Renee M Babcoke Esq,    425 N Miami Street,
                Miller Beach, IN 46403-2075
14619811     #+Soula Apostolopoulos,    300 Spring Creek Road,    Barrington, IL 60010-9600
14619812      +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
14619806     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
              (address filed with court: Homeq,     Attn: Bankruptcy Department,    1100 Corporate Center,
                Raleigh, NC 27607)
19095230       WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
14619813      +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18759975       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2013 00:22:33      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
14619805      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 12 2013 00:22:33      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
18763431      +E-mail/Text: rpstrojny@yahoo.com Jul 12 2013 00:08:31      Ronald P Strojny, Sr,
                5839 W 35th Street,    Cicero, IL 60804-4255
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14619797     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: froman            Page 2 of 3            Date Rcvd: Jul 11, 2013
                              Form ID: pdf006         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2013**                    **Signature:**       /s/ Joseph Speetjens

```
District/off: 0752-3          User: froman                Page 3 of 3                  Date Rcvd: Jul 11, 2013
                              Form ID: pdf006             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2013 at the address(es) listed below:

```
              Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
              Carole J. Ryczek    on behalf of Plaintiff Patrick S Layng carole.ryczek@usdoj.gov
              George P Hampilos    on behalf of Defendant Dan  Apostolopoulos georgehamp@aol.com,
               kris@hampilos-langley.com
              Holly L Carto    on behalf of Creditor    Archer Bank, successor by merger with Allegiance
               Community Bank hcarto@martin-karcazes.com
              Jose G Moreno    on behalf of Creditor    America's Servicing Company as servicer for Deutsche Bank
               National Trust Company, as Trustee of the Morgan Stanley Mortgage Loan Trust 2005-6AR
               nd-one@il.cslegal.com
              Jose G Moreno    on behalf of Creditor    HomEq Servicing as servicer for The New York Mellon Trust
               Company, National Association as grantor trustee of the Protium Master Grantor Trust
               nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Ronald P Strojny, Jr    on behalf of Interested Party Ronald P Strojny, Jr rpstrojny@yahoo.com
              Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
              Thomas E. Laughlin    on behalf of Other Prof. Thomas E. Laughlin tloff@aol.com
                                                                                            TOTAL: 12
```