# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: APOSTOLOPOULOS, DAN | § | Case No. 09-74652 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 12/18/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  /  /                     By:     /s/ STEPHEN G. BALSLEY

                                        Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: APOSTOLOPOULOS, DAN                          §    Case No. 09-74652
                                                    §
                                                    §
Debtor(s)                                           §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $        14,735.38

*and approved disbursements of*               $         7,235.38

*leaving a balance on hand of*  [1]           $         7,500.00

**Balance on hand:**              $         7,500.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $     7,500.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,465.90 | 715.90 | 750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 5,062.06 | 3,410.06 | 1,652.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 524.65 | 524.65 | 0.00 |
| Charges, U.S. Bankruptcy Court | 760.00 | 760.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $     2,402.00
Remaining balance:                                         $     5,098.00

    1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$**          0.00

Remaining balance: **$**          5,098.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: **$**          0.00

Remaining balance: **$**          5,098.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,625.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 0.00 | 0.00 | 0.00 |
| 1 -2 | Discover Bank | 231.60 | 4.73 | 18.00 |
| 2 | Attorney Ronald P Strojny, Sr | 1,200.00 | 24.49 | 93.22 |
| 3 | FIA CARD SERVICES, N.A. | 57,856.53 | 1,180.92 | 4,494.47 |
| 4 | American Express Bank, FSB | 540.85 | 11.04 | 42.01 |
| 5 | American Express Centurion Bank | 901.55 | 18.40 | 70.04 |
| 6 | WORLD'S FOREMOST BANK | 4,895.03 | 99.91 | 380.26 |

Total to be paid for timely general unsecured claims: **$**          5,098.00

Remaining balance: **$**          0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$**              0.00

Remaining balance: **$**              0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: **$**              0.00

Remaining balance: **$**              0.00

Prepared By:  /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-74652-TML
Dan Apostolopoulos                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke          Page 1 of 2          Date Rcvd: Nov 19, 2013
                             Form ID: pdf006         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2013.
db          #+Dan Apostolopoulos,   300 Spring Creek Road,   Barrington, IL 60010-9600
14619794     +Allegiancebk,   7905 W 171,   Tinley Park, IL 60477-3244
14619795     +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
19076442      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19076443      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14619796     +Americas Servicing Co,   Attention: Bankruptcy,   1 Home Campus,   Des Moines, IA 50328-0001
18763427     +Attorney Ronald P Strojny, Sr,   5839 W 35th Street,   Cicero, IL 60804-4255
18895853    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102)
14619797    #+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
14619798     +Bank Of America,   Bankruptcy NC4-105-02-99,   Po Box 26012,   Greensboro, NC 27420-6012
14619800    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195)
14619799     +Chase,   800 Brooksedge Blv,   Westerville, OH 43081-2822
14619801     +Clerk, Chancery,   Doc # 09-CH-00648,   50 W Washington St.,   Room 802,   Chicago, IL 60602-1305
14619802     +Clerk, First Municipal Division,   Doc # 2007-M1-251709,   50 W Washington St.,   Room 1001,
             Chicago, IL 60602-1316
14619803     +Clerk, McHenry County Circuit,   ATTN: Docket # 09 CH 663,   2200 N. Seminary Avenue,
             Woodstock, IL 60098-2697
14619804      Codilis & Associates,   15 W 030 N Frontage Road,   Suite 100,   Burr Ridge, IL 60527
14619807     +Kalaras Nagelo,   c/o Attorney Larry J Meyer,   205 W Randolph, #820,   Chicago, IL 60606-1814
14619808     +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14619809     +National City,   Attention: Bankruptcy Department,   6750 Miller Rd,
             Brecksville, OH 44141-3262
16877574     +Renee M Babcoke Esq,   425 N Miami Street,   Miller Beach, IN 46403-2075
14619810     +Sarkis Terzian,   590 S Vincent Ave,   Azusa, CA 91702-5130
16877575     +Sellas Construction Inc,   C/O Renee M Babcoke Esq,   425 N Miami Street,
             Miller Beach, IN 46403-2075
14619811    #+Soula Apostolopoulos,   300 Spring Creek Road,   Barrington, IL 60010-9600
14619812     +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
14619806    ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
             (address filed with court: Homeq,   Attn: Bankruptcy Department,   1100 Corporate Center,
             Raleigh, NC 27607)
19095230      WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
14619813     +Worlds Foremost Bank N,   4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18759975      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2013 01:25:12      Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
14619805     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2013 01:25:12      Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
18763431     +E-mail/Text: rpstrojny@yahoo.com Nov 20 2013 01:10:34      Ronald P Strojny, Sr,
             5839 W 35th Street,   Cicero, IL 60804-4255
                                                                                      TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2013                            Signature:   /s/Joseph Speetjens

District/off: 0752-3          User: jclarke               Page 2 of 2              Date Rcvd: Nov 19, 2013
                             Form ID: pdf006             Total Noticed: 30

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2013 at the address(es) listed below:

          Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Carole J. Ryczek    on behalf of Plaintiff Patrick S Layng carole.ryczek@usdoj.gov
          George P Hampilos    on behalf of Defendant Dan  Apostolopoulos georgehamp@aol.com,
           kris@hampilos-langley.com
          Holly L Carto    on behalf of Creditor    Archer Bank, successor by merger with Allegiance
           Community Bank hcarto@llflegal.com
          Jose G Moreno    on behalf of Creditor    America's Servicing Company as servicer for Deutsche Bank
           National Trust Company, as Trustee of the Morgan Stanley Mortgage Loan Trust 2005-6AR
           nd-one@il.cslegal.com
          Jose G Moreno    on behalf of Creditor    HomEq Servicing as servicer for The New York Mellon Trust
           Company, National Association as grantor trustee of the Protium Master Grantor Trust
           nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Ronald P Strojny, Jr    on behalf of Interested Party Ronald P Strojny, Jr rpstrojny@yahoo.com
          Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
          Thomas E. Laughlin    on behalf of Other Prof. Thomas E. Laughlin tloff@aol.com
                                                                                      TOTAL: 12