# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: APOSTOLOPOULOS, DAN | § | Case No. 09-74652 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,438,925.00
*(without deducting any secured claims)*

Assets Exempt: $10,200.00

Total Distribution to Claimants: $6,437.49

Claims Discharged
Without Payment: $288,532.65

Total Expenses of Administration: $8,297.89

3)  Total gross receipts of $     14,735.38     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $14,735.38 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,537,025.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,780.97 | 8,297.89 | 8,297.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 293,925.58 | 65,857.16 | 65,625.56 | 6,437.49 |
| **TOTAL DISBURSEMENTS** | $3,830,950.58 | $82,638.13 | $73,923.45 | $14,735.38 |

4) This case was originally filed under Chapter 7 on October 23, 2009. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/29/2014          By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Transfer 2002 Mercedes Benz S500-Emorfia Apostol | 1141-000 | 7,235.00 |
| Transfer 2006 Volvo XC90-Christos Gavrilidis | 1141-000 | 7,500.00 |
| Interest Income | 1270-000 | 0.38 |
| **TOTAL GROSS RECEIPTS** | | **$14,735.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Allegiancebk | 4110-000 | 189,384.00 | N/A | N/A | 0.00 |
| NOTFILED | Homeq | 4110-000 | 2,459,587.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarkis Terzian | 4110-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 4110-000 | 228,054.00 | N/A | N/A | 0.00 |
| NOTFILED | Americas Servicing Co | 4110-000 | 560,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,537,025.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,223.54 | 1,465.90 | 1,465.90 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,652.00 | 1,652.00 | 1,652.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 11,135.50 | 3,410.06 | 3,410.06 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 38.00 | 38.00 | 38.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 55.00 | 55.00 | 55.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 55.00 | 55.00 | 55.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 321.65 | 321.65 | 321.65 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 55.00 | 55.00 | 55.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 8.42 | 8.42 | 8.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.17 | 6.17 | 6.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 10.77 | 10.77 | 10.77 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.40 | 10.40 | 10.40 |
| Rabobank, N.A. | 2600-000 | N/A | | 10.05 | 10.05 | 10.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 9.47 | 9.47 | 9.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $16,780.97 | $8,297.89 | $8,297.89 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 231.60 | 0.00 | 0.00 |
| 1 -2 | Discover Bank | 7100-000 | 244.00 | 231.60 | 231.60 | 22.73 |
| 2 | Attorney Ronald P Strojny, Sr | 7100-000 | N/A | 1,200.00 | 1,200.00 | 117.71 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 57,856.00 | 57,856.53 | 57,856.53 | 5,675.39 |
| 4 | American Express Bank, FSB | 7100-000 | 540.00 | 540.85 | 540.85 | 53.05 |
| 5 | American Express Centurion Bank | 7100-000 | 989.00 | 901.55 | 901.55 | 88.44 |
| 6 | WORLD'S FOREMOST BANK | 7100-000 | 4,952.00 | 4,895.03 | 4,895.03 | 480.17 |
| NOTFILED | Tnb-visa | 7100-000 | 12,010.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Renee M. Babcoke Esq. | 7100-000 | 27,736.74 | N/A | N/A | 0.00 |
| NOTFILED | Sellas Construction, Inc. | 7100-000 | 79,247.84 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 413.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 15,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 31,909.00 | N/A | N/A | 0.00 |
| NOTFILED | Kalaras Nagelo c/o Attorney Larry J Meyer | 7100-000 | 50,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 11,795.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $293,925.58 | $65,857.16 | $65,625.56 | $6,437.49 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-74652 | **Trustee:** (330410) STEPHEN G. BALSLEY |
| **Case Name:** APOSTOLOPOULOS, DAN | **Filed (f) or Converted (c):** 10/23/09 (f) |
| | **§341(a) Meeting Date:** 11/25/09 |
| **Period Ending:** 01/29/14 | **Claims Bar Date:** 07/05/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 5667 N Milwaukee, currently not on title to prop | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | 300 Spring Creek Road, Barrington, (Debtor's pri | 912,000.00 | 0.00 | | 0.00 | FA |
| 3 | 7536 N Lowell, Skokie, IL 60076 (Debtor, title w | 293,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household Good and Furnishings (Joint with non-f | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, pictures, family photos, DVDs, CDs | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring, necklace, bracelet, watch | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Remington 879 Pump Shotgun | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Healthcare Dental Center - Debtor's dental pract | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Anticipated 2009 Federal Income Tax Refund (join | 4,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2004 Dodge Dakota with approximately 85,000 mile | 2,025.00 | 0.00 | | 0.00 | FA |
| 12 | Dental office equipment | 1,250.00 | 0.00 | | 0.00 | FA |
| 13 | (3) dogs | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 60 Chickens | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Transfer 2002 Mercedes Benz S500-Emorfia Apostol  Default Judgment entered on February 16, 2011 in  the sum of $7,235.00. | 12,235.00 | 7,235.00 | | 7,235.00 | FA |
| 16 | Transfer 2006 Volvo XC90-Christos Gavrilidis  Default Judgment entered on February 16, 2011 in  the sum of $7,500.00.  After conducting a Citation to  Discover Assets, Trustee has determined the  Judgment in uncollectible.  Trustee learned in August  2013 that Defendant sold his house and and could pay  Judgment in full from proceeds of sale. | 7,000.00 | 7,500.00 | | 7,500.00 | FA |
| 17 | Lot 220 Woodland Trl, Germantown, Juneau Co., WI  Value declared per petition (Amended Sch. A filed  2/25/11)  See Order to Abandon entered 6/12/13. | 3,500.00 | 8,000.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.38 | FA |
| **18** | **Assets    Totals** (Excluding unknown values) | **$1,458,160.00** | **$22,735.00** | | **$14,735.38** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 09-74652 | **Trustee:**    (330410)    STEPHEN G. BALSLEY |
| **Case Name:**    APOSTOLOPOULOS, DAN | **Filed (f) or Converted (c):** 10/23/09 (f) |
| | **§341(a) Meeting Date:**    11/25/09 |
| **Period Ending:** 01/29/14 | **Claims Bar Date:**    07/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 1, 2013              **Current Projected Date Of Final Report (TFR):**    June 12, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-74652 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | APOSTOLOPOULOS, DAN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******00-65 - Checking Account |
| Taxpayer ID #: | **-***0075 | | Blanket Bond: | $736,000.00  (per case limit) |
| Period Ending: | 01/29/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/11 | {15} | Charter One | Settlement funds re: transfer of 2002 Mercedes Benz S500 | 1141-000 | 7,235.00 | | 7,235.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 7,235.04 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.42 | 7,226.62 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,226.68 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,201.68 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,201.73 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,176.73 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,176.79 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,151.79 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,151.84 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,126.84 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,126.90 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,101.90 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,101.96 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,076.96 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,051.96 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,026.96 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,001.96 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,976.96 |
| 06/04/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #09-74652 | 2300-000 | | 6.17 | 6,970.79 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,945.79 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,920.79 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,895.79 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,870.79 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,845.79 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,820.79 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 6,820.79 | 0.00 |

| | | | | ACCOUNT TOTALS | 7,235.38 | 7,235.38 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 6,820.79 | |
| | | | | Subtotal | 7,235.38 | 414.59 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $7,235.38 | $414.59 | |

{} Asset reference(s)

Printed: 01/29/2014 10:47 AM    V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-74652 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** APOSTOLOPOULOS, DAN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2966 - Checking Account |
| **Taxpayer ID #:** **-***0075 | **Blanket Bond:** $736,000.00 (per case limit) |
| **Period Ending:** 01/29/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,820.79 | | 6,820.79 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,810.79 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 6,800.02 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,790.02 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,780.02 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.40 | 6,769.62 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.05 | 6,759.57 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #09-74652 | 2300-000 | | 9.47 | 6,750.10 |
| 07/31/13 | 11003 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 6,490.10 |
| 07/31/13 | 11004 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 6,240.10 |
| 07/31/13 | 11005 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 5,990.10 |
| 07/31/13 | 11006 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $321.65, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 321.65 | 5,668.45 |
| 07/31/13 | 11007 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $55.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 55.00 | 5,613.45 |
| 07/31/13 | 11008 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $55.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 55.00 | 5,558.45 |
| 07/31/13 | 11009 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $55.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 55.00 | 5,503.45 |
| 07/31/13 | 11010 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $38.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 38.00 | 5,465.45 |
| 07/31/13 | 11011 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,410.06, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,410.06 | 2,055.39 |
| 07/31/13 | 11012 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $715.90, Trustee Compensation;  Reference: | 2100-000 | | 715.90 | 1,339.49 |
| 07/31/13 | 11013 | Attorney Ronald P Strojny, Sr | Dividend paid  2.04% on $1,200.00; Claim# 2; Filed: $1,200.00; Reference: | 7100-000 | | 24.49 | 1,315.00 |
| 07/31/13 | 11014 | FIA CARD SERVICES, N.A. | Dividend paid  2.04% on $57,856.53; Claim# 3; Filed: $57,856.53; Reference: | 7100-000 | | 1,180.92 | 134.08 |
| | | | Subtotals : | | $6,820.79 | $6,686.71 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-74652 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** APOSTOLOPOULOS, DAN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2966 - Checking Account |
| **Taxpayer ID #:** **-***0075 | **Blanket Bond:** $736,000.00 (per case limit) |
| **Period Ending:** 01/29/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/13 | 11015 | American Express Bank, FSB | Dividend paid  2.04% on $540.85; Claim# 4;<br>Filed: $540.85; Reference: | 7100-000 | | 11.04 | 123.04 |
| 07/31/13 | 11016 | American Express Centurion Bank | Dividend paid  2.04% on $901.55; Claim# 5;<br>Filed: $901.55; Reference: | 7100-000 | | 18.40 | 104.64 |
| 07/31/13 | 11017 | WORLD'S FOREMOST BANK | Dividend paid  2.04% on $4,895.03; Claim# 6;<br>Filed: $4,895.03; Reference: | 7100-000 | | 99.91 | 4.73 |
| 07/31/13 | 11018 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.73 | 0.00 |
| 10/24/13 | {16} | Chicago Title and Trust Company | Settlement proceeds pursuant to Order to<br>Compromise Controversy entered October 7,<br>2013 | 1141-000 | 7,500.00 | | 7,500.00 |
| 12/18/13 | 11019 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,465.90, Trustee<br>Compensation;  Reference: | 2100-000 | | 750.00 | 6,750.00 |
| 12/18/13 | 11020 | Barrick, Switzer, Long, Balsley &<br>Van Evera | Dividend paid 100.00% on $1,652.00, Attorney<br>for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,652.00 | 5,098.00 |
| 12/18/13 | 11021 | Discover Bank | Dividend paid  9.80% on $231.60; Claim# 1<br>-2; Filed: $231.60; Reference: | 7100-000 | | 18.00 | 5,080.00 |
| 12/18/13 | 11022 | Attorney Ronald P Strojny, Sr | Dividend paid  9.80% on $1,200.00; Claim# 2;<br>Filed: $1,200.00; Reference: | 7100-000 | | 93.22 | 4,986.78 |
| 12/18/13 | 11023 | FIA CARD SERVICES, N.A. | Dividend paid  9.80% on $57,856.53; Claim#<br>3; Filed: $57,856.53; Reference: | 7100-000 | | 4,494.47 | 492.31 |
| 12/18/13 | 11024 | American Express Bank, FSB | Dividend paid  9.80% on $540.85; Claim# 4;<br>Filed: $540.85; Reference: | 7100-000 | | 42.01 | 450.30 |
| 12/18/13 | 11025 | American Express Centurion Bank | Dividend paid  9.80% on $901.55; Claim# 5;<br>Filed: $901.55; Reference: | 7100-000 | | 70.04 | 380.26 |
| 12/18/13 | 11026 | WORLD'S FOREMOST BANK | Dividend paid  9.80% on $4,895.03; Claim# 6;<br>Filed: $4,895.03; Reference: | 7100-000 | | 380.26 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 14,320.79 | 14,320.79 | **$0.00** |
| Less: Bank Transfers | 6,820.79 | 0.00 | |
| **Subtotal** | **7,500.00** | **14,320.79** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,500.00** | **$14,320.79** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-74652 |
| Case Name: | APOSTOLOPOULOS, DAN |
| Taxpayer ID #: | **-***0075 |
| Period Ending: | 01/29/14 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******2966 - Checking Account |
| Blanket Bond: | $736,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******00-65** | 7,235.38 | 414.59 | 0.00 |
| **Checking # ******2966** | 7,500.00 | 14,320.79 | 0.00 |
| | $14,735.38 | $14,735.38 | $0.00 |